IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JESSIE JAMES HURRY,

  Petitioner,

v.

STATE OF FLORIDA,

  Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3403

Opinion filed August 11, 2014.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Jessie James Hurry, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

  DISMISSED.  Baker v. State, 878 So. 2d 1236 (Fla. 2004).

VAN NORTWICK, WETHERELL, and MAKAR, JJ., CONCUR.